IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Gregory Bennett, | ) | C/A No. 3:16-2444-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Robert Allmann, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Gregory Bennett, filed this civil action, which the defendant removed to this court in July 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On May 19, 2017, upon motion of the defendant with consent of the plaintiff, the court granted an extension of the dispositive motions deadline until June 19, 2017. (ECF No. 15.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **July 5, 2017** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 26, 2017
Columbia, South Carolina

Page 1 of 1